<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2115**

JONATHAN BOLLS,

Plaintiff – Appellant,

v.

VIRGINIA BOARD OF BAR EXAMINERS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:11-cv-00427-HEH)

Submitted: February 9, 2012        Decided: February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Bolls, Appellant Pro Se. Catherine Crooks Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Bolls appeals the district court's order dismissing his complaint challenging the constitutionality of the Appellee's rules governing release of a failed applicant's essay examination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bolls v. Virginia Board of Bar Examiners</u>, No. 3:11-cv-00427-HEH (E.D. Va. Sept. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>